CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 26 2006

JOHN F. CORCORAN, CLERK
BY:
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK J. KONSAVICH,             ) | |
|     Petitioner,             ) | Civil Action No. 7:06-cv-00239 |
|                                ) | |
| v.                             ) | **FINAL ORDER** |
|                                ) | |
| UNITED STATES OF AMERICA,      ) | By: Hon. Glen E. Conrad |
|     Respondent.             ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **DISMISSED** without prejudice as premature.

The Clerk is directed to strike the case from the active docket of the court and to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 26th day of April, 2006.

_____
United States District Judge